### 26870. HICKS v. THE STATE.

UNDERCOFLER, Justice. The appellant is now deceased and therefore the appeal in this case is dismissed. *Taylor v. State,* 137 Ga. 86 (72 SE 898).

*Appeal dismissed. All the Justices concur.*

ARGUED DECEMBER 13, 1971—DECIDED JANUARY 6, 1972.

*Cook & Palmour, Bobby Lee Cook,* for appellant.
*Robert B. Adams, District Attorney, Arthur K. Bolton, Attorney General, Harold N. Hill, Jr., Executive Assistant*

*Attorney General, Courtney Wilder Stanton, Dorothy T. Beasley, Assistant Attorneys General,* for appellee.